UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN PASQUINUCCI,

    Plaintiff,

v.                                           CASE NO: 8:09-cv-637-T-26EAJ

CATHI CHAMBERLAIN; TOOL-TIMING
BABYDOLLS, INC.,

    Defendants.
                                    /

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Clerk's Entry of Final Default Judgment (Dkt. 12) is granted. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Tool-Timing Babydolls, Inc., in the sum of $4,520.58.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2009.

                s/*Richard A. Lazzara*
                **RICHARD A. LAZZARA**
                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record